# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00108-CV

**Luminant Energy Company LLC, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

### ON DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS
### PROJECT NO. 51812

## M E M O R A N D U M   O P I N I O N

Appellant Luminant Energy Company, LLC; along with appellant-intervenors Exelon Generation Company, LLC; Constellation NewEnergy, Inc.; RWE Renewables Americas LLC; DGSP2, LLC; and Distributed Generations Solutions, LLC, have jointly filed an unopposed motion to dismiss this cause pursuant to the terms of a Rule 11 agreement. The remaining parties are not opposed to the motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42(a)(1).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: June 3, 2022